**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
WESTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| ROBERT SCOTT WISZOWATY | § | Case No. 18-80478 |
| MARYANN C. WISZOWATY | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 19,007.00<br>*(Without deducting any secured claims)* | Assets Exempt: 1,167,997.00 |
| Total Distributions to Claimants: 12,043.08 | Claims Discharged<br>Without Payment: 1,561,582.93 |
| Total Expenses of Administration: 6,705.71 | |

3) Total gross receipts of $ 18,748.79 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 18,748.79 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,106,688.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,705.71 | 6,705.71 | 6,705.71 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 127,483.00 | 339,455.01 | 339,455.01 | 12,043.08 |
| **TOTAL DISBURSEMENTS** | $ 1,234,171.00 | $ 346,160.72 | $ 346,160.72 | $ 18,748.79 |

4) This case was originally filed under chapter 7 on 03/08/2018 . The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/20/2019 By:/s/BERNARD J. NATALE, TRUSTEE

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2000 Ford Excursion | 1129-000 | 1,000.00 |
| 2001 Lexis Ls430 | 1129-000 | 1,000.00 |
| Misc Furniture Furnishings And Elctonics | 1129-000 | 4,200.00 |
| Electronics | 1229-000 | 1,300.00 |
| Pre-Petition Bonus | 1229-000 | 11,248.79 |
| **TOTAL GROSS RECEIPTS** | | **$** 18,748.79 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO Harris, P.O. Box 94034 Palatine, IL 60094 | | 178,000.00 | NA | NA | 0.00 |
| | Chrysler Capital, P.O. Box 660335 Dallas, TX 75266-0335 | | 9,688.00 | NA | NA | 0.00 |
| | Mazda Capital Services, P.O. Box 78069 Phoenix, AZ 85062 | | 19,000.00 | NA | NA | 0.00 |
| | PNC Bank, P.O. Box 747066 Pittsburgh, PA 15274 | | 900,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 1,106,688.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE LTD | 2100-000 | NA | 2,624.88 | 2,624.88 | 2,624.88 |
| BERNARD J. NATALE LTD | 2200-000 | NA | 14.26 | 14.26 | 14.26 |
| Associated Bank | 2600-000 | NA | 45.38 | 45.38 | 45.38 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 3,990.00 | 3,990.00 | 3,990.00 |
| BERNARD J. NATALE LTD | 3220-000 | NA | 31.19 | 31.19 | 31.19 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 6,705.71 | $ 6,705.71 | $ 6,705.71 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Education Service, P.O. Box 2461 Harrisburg, PA 17105 | | 9,272.00 | NA | NA | 0.00 |
| | Chase Bank, P.O. Box 15298 Wilmington, DE 19850 | | 21,580.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Cardmember Service, P.O. Box 15548 Wilmington, DE 19886 | | 21,496.00 | NA | NA | 0.00 |
| | Chase Slate Card, P.O. Box 15298 Wilmington, DE 19850-5298 | | 17,000.00 | NA | NA | 0.00 |
| | Citi Cards, P.O. Box 688912 Des Moines, IA 50368-8914 | | 20,324.00 | NA | NA | 0.00 |
| | Citi Cards, P.O. Box 688912 Des Moines, IA 50368-8914 | | 27.00 | NA | NA | 0.00 |
| | Comenity Bank Bankruptcy Depart., P.O. Box 182125 Columbus, OH 43218 | | 1,680.00 | NA | NA | 0.00 |
| | Exxon Mobil, P.O. Box 790394 Saint Louis, MO 63179 | | 265.00 | NA | NA | 0.00 |
| | Harvey L. Teichman, 2300 N. Barrington Road Suite 330 Hoffman Estates, IL 60169 | | 750.00 | NA | NA | 0.00 |
| | Kohls, P.O. Box 2983 Milwaukee, WI 53201-2983 | | 2,086.00 | NA | NA | 0.00 |
| | PODS Enterprises, P.O. Box 791003 Baltimore, MD 21279 | | 194.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | University Accounty Service, P.O. Box 918 Brookfield, WI 53008 | | 615.00 | NA | NA | 0.00 |
| | US Department of Education, P.O. Box 530260 Atlanta, GA 30353 | | 32,194.00 | NA | NA | 0.00 |
| 6 | Bmo Harris Bank, N.A. | 7100-000 | NA | 199,955.35 | 199,955.35 | 7,093.95 |
| 7 | Bmo Harris Bank, N.A. | 7100-000 | NA | 114,850.99 | 114,850.99 | 4,074.66 |
| 3 | Capital One, N.A. | 7100-000 | NA | 2,066.79 | 2,066.79 | 73.32 |
| 2 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 20,407.39 | 20,407.39 | 724.01 |
| 4 | Quantum3 Group LLC As Agent For | 7100-000 | NA | 407.98 | 407.98 | 14.47 |
| 5 | Quantum3 Group LLC As Agent For | 7100-000 | NA | 1,654.12 | 1,654.12 | 58.68 |
| 1 | Citibank, N.A. | 7100-001 | NA | 112.39 | 112.39 | 3.99 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 127,483.00 | $ 339,455.01 | $ 339,455.01 | $ 12,043.08 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 18-80478 TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
| Case Name: | ROBERT SCOTT WISZOWATY | | | Date Filed (f) or Converted (c): | 03/08/2018 (f) |
| | MARYANN C. WISZOWATY | | | 341(a) Meeting Date: | 04/17/2018 |
| For Period Ending: | 02/20/2019 | | | Claims Bar Date: | 09/28/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 19212 Lincoln Road Harvard Il 60033-0000 Mchenry | 0.00 | 0.00 | | 0.00 | FA |
| 2. 2016 Mazda Cx5 Mileage: 10000 Joint With Daughter | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 3. 2018 Chrysler Jeep Compass Lease | 1.00 | 1.00 | | 0.00 | FA |
| 4. 2001 Lexis Ls430 | 500.00 | 500.00 | | 1,000.00 | FA |
| 5. 2000 Ford Excursion | 400.00 | 400.00 | | 1,000.00 | FA |
| 6. Misc Furniture Furnishings And Elctonics | 2,000.00 | 800.00 | | 4,200.00 | FA |
| 7. One Hand Gun 9 Mm | 200.00 | 0.00 | | 0.00 | FA |
| 8. Misc Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 9. Wedding Ring And Band | 500.00 | 0.00 | | 0.00 | FA |
| 10. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 11. Capital One | 500.00 | 0.00 | | 0.00 | FA |
| 12. Capital One | 6.00 | 0.00 | | 0.00 | FA |
| 13. Bmo Harris | 300.00 | 0.00 | | 0.00 | FA |
| 14. First National Bank | 600.00 | 0.00 | | 0.00 | FA |
| 15. Chase | 60.00 | 0.00 | | 0.00 | FA |
| 16. First American Bank | 44.00 | 0.00 | | 0.00 | FA |
| 17. Charles Schwab | 4,000.00 | 0.00 | | 0.00 | FA |
| 18. Charles Schwab | 1,000,000.00 | 0.00 | | 0.00 | FA |
| 19. Htc Global Services 401K Plan | 24,000.00 | 0.00 | | 0.00 | FA |
| 20. Cna Insurance 401K Plan | 20,000.00 | 0.00 | | 0.00 | FA |
| 21. HOUSEHOLD GOODS AND FURNISHINGS - Located in POD (u) | 500.00 | 500.00 | | 0.00 | FA |
| 22. Electronics (u) | 500.00 | 500.00 | | 1,300.00 | FA |
| 23. Northwestern Mutual term policy - wife (u) | 1.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 18-80478 TML | Judge: Thomas M. Lynch | | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
| Case Name: | ROBERT SCOTT WISZOWATY | | | Date Filed (f) or Converted (c): | 03/08/2018 (f) |
| | MARYANN C. WISZOWATY | | | 341(a) Meeting Date: | 04/17/2018 |
| For Period Ending: | 02/20/2019 | | | Claims Bar Date: | 09/28/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24. Northwestern Mutual whole life -wife (u) | 109,000.00 | 109,000.00 | | 0.00 | FA |
| 25. Northwestern Mutual whole life - husband (u) | 4,400.00 | 4,400.00 | | 0.00 | FA |
| 26. Metlife Variable Life - wife (u) | 342.00 | 342.00 | | 0.00 | FA |
| 27. Pre-Petition Bonus (u) | 11,248.79 | 11,248.79 | | 11,248.79 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,199,452.79 | $147,691.79 | | $18,748.79 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP # 1 -- The foreclosure sale took place but the sale was not confirmed by the court.
RE PROP # 2 -- Owned jointly with daughter
RE PROP # 3 -- Vehicle is leased
RE PROP # 6 -- value changed on amended Scheduled A/B filed on 05/15/18
RE PROP # 21 -- Add on amended Schedule A/B 05/10/18
RE PROP # 22 -- Add on amended Schedule A/B filed on 05/10/18
RE PROP # 23 -- Add to amended Schedule A/B filed 05/10/18
RE PROP # 24 -- Add on amended Schedule A/B filed 05/10/18
RE PROP # 25 -- Add on amended Schedule A/B filed 05/10/18
RE PROP # 26 -- Add on amended Schedule A/B filed on 5/10/18

Initial Projected Date of Final Report (TFR): 06/30/2018 Current Projected Date of Final Report (TFR): 12/31/2018

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 18-80478
Case Name: ROBERT SCOTT WISZOWATY
MARYANN C. WISZOWATY
Taxpayer ID No: XX-XXX2535
For Period Ending: 02/20/2019

Trustee Name: BERNARD J. NATALE, TRUSTEE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX9002
Checking
Blanket Bond (per case limit): $3,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/27/18 | 27 | Robert S Wiszowaty<br>19212 Lincoln Road<br>Harvard, IL 60033 | Unscheduled PP Bonus | 1229-000 | $11,248.79 | | $11,248.79 |
| 08/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $11,238.79 |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.71 | $11,222.08 |
| 09/24/18 | | Robert S Wiszowaty<br>19212 Lincoln Road<br>Harvard IL 60033 | Compromise<br>Personal Property | | $7,500.00 | | $18,722.08 |
| | | | Gross Receipts $7,500.00 | | | | |
| | 4 | | 2001 Lexis Ls430 $1,000.00 | 1129-000 | | | |
| | 5 | | 2000 Ford Excursion $1,000.00 | 1129-000 | | | |
| | 6 | | Misc Furniture Furnishings And Elctonics $4,200.00 | 1129-000 | | | |
| | 22 | | Electronics $1,300.00 | 1229-000 | | | |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.67 | $18,703.41 |
| 11/21/18 | 1101 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Distribution | | | $2,670.33 | $16,033.08 |
| | | BERNARD J. NATALE | Final distribution creditor account # debtor SS#<debtor ssn masked> representing a payment of 100.00 % per court order. ($2,624.88) | 2100-000 | | | |
| | | BERNARD J. NATALE | Trustee Expenses ($14.26) | 2200-000 | | | |
| | | BERNARD J. NATALE | Attorney Expenses ($31.19) | 3220-000 | | | |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals: | $18,748.79 | $2,715.71 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 18-80478
Case Name: ROBERT SCOTT WISZOWATY
MARYANN C. WISZOWATY
Taxpayer ID No: XX-XXX2535
For Period Ending: 02/20/2019

Trustee Name: BERNARD J. NATALE, TRUSTEE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX9002
Checking
Blanket Bond (per case limit): $3,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/21/18 | 1102 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL 61107 | Attorney Expenses | | 3110-000 | | $3,990.00 | $12,043.08 |
| 11/21/18 | 1103 | Clerk, U.S. Bankruptcy Court | Remit to Court | | 7100-001 | | $3.99 | $12,039.09 |
| 11/21/18 | 1104 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | 1261 | | 7100-000 | | $724.01 | $11,315.08 |
| 11/21/18 | 1105 | Capital One, N.A.<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | 1739 | | 7100-000 | | $73.32 | $11,241.76 |
| 11/21/18 | 1106 | Quantum3 Group Llc As Agent For<br>Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Distribution | | | | $73.15 | $11,168.61 |
| | | Quantum3 Group Llc As Agent For | 4769 | ($14.47) | 7100-000 | | | |
| | | Quantum3 Group Llc As Agent For | 0673 | ($58.68) | 7100-000 | | | |
| 11/21/18 | 1107 | Bmo Harris Bank, N.A.<br>P.O. Box 2035<br>Milwaukee, Wi 53201-2035 | Distribution | | | | $11,168.61 | $0.00 |
| | | Bmo Harris Bank, N.A. | 4559 | ($7,093.95) | 7100-000 | | | |
| | | Bmo Harris Bank, N.A. | 4558 | ($4,074.66) | 7100-000 | | | |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| COLUMN TOTALS | $18,748.79 | $18,748.79 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $18,748.79 | $18,748.79 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $16,033.08 |

Page: 3

Document Page 12 of 14

| | | |
|---|---|---|
| Net | $18,748.79 | $18,748.79 |

Exhibit 9

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 18-80478
Case Name: ROBERT SCOTT WISZOWATY
MARYANN C. WISZOWATY
Taxpayer ID No: XX-XXX2535
For Period Ending: 02/20/2019

Trustee Name: BERNARD J. NATALE, TRUSTEE
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0066
Checking
Blanket Bond (per case limit): $3,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $0.00 $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0066 - Checking | $0.00 | $0.00 | $0.00 |
| XXXXXX9002 - Checking | $18,748.79 | $18,748.79 | $0.00 |
| | $18,748.79 | $18,748.79 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $18,748.79 |
| Total Gross Receipts: | $18,748.79 |

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|